In re:                                                          Case No. 13-43967-MEH
Cheryl Lynn Novo                                                Chapter 13
          Debtor

## CERTIFICATE OF NOTICE

District/off: 0971-4        User: twashingt        Page 1 of 3          Date Rcvd: Jul 16, 2013
                            Form ID: B9I           Total Noticed: 35

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 18, 2013.
db            Cheryl Lynn Novo,   1863 Elkwood Drive,   Concord, CA  94519-1143
tr           +Martha G. Bronitsky,   P.O. Box 9077,   Pleasanton, CA 94566-9077
smg          +Labor Commissioner,   1515 Clay St.,   Room 801,   Oakland, CA 94612-1463
smg          +State Board of Equalization,   Collection Dept.,   P.O. Box 942879,   Sacramento, CA 94279-0001
13329013     +Capital One Bank,   C/o Bleier & Cox, LLP,   16130 Ventura Blvd.,   Encino, CA 91436-2503
13329014     +Carola Kekow Keaton,   PO Box 2975,   Danville, CA 94526-7975
13329016     +Chase Bank,   C/o Baker, Sanders, Barshay, Grossman,,   Fass Muhlstock & Neuwirth,
              4300 Redwood HWY, Suite #100,   San Rafael, CA 94903-2103
13329021     +Home Depot,   C/o Hunt & Henriques,   151 Bernal Road, Suite 8,   San Jose, CA 95119-1306
13329028     +John Muir Medical,   C/o NCO Financial,   21250 Hawthorne Blvd., Suite 400,
              Torrance, CA 90503-5515
13329033     +PNC Bank,   PO Box 3180,   Pittsburgh, PA 15230-3180
13329034      Wells Fargo Bank, N.A.,   PO Box 60505,   City of Industry, CA 91716-0505
13329035     +Wells Fargo Financial Cards,   PO Box 14517,   Des Moines, IA 50306-3517

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
aty           E-mail/Text: pat@patforte.com Jul 17 2013 01:53:41     Patrick L. Forte,
              Law Offices of Patrick L. Forte,   1 Kaiser Plaza #480,   Oakland, CA  94612-3610
smg           EDI: EDD.COM Jul 17 2013 01:43:00     CA Employment Development Dept.,   Bankruptcy Group MIC 92E,
              P.O. Box 826880,   Sacramento, CA  94280-0001
smg           EDI: CALTAX.COM Jul 17 2013 01:43:00     CA Franchise Tax Board,
              Special Procedures Bankruptcy Unit,   P.O. Box 2952,   Sacramento, CA  95812-2952
ust          +E-mail/Text: ustpregion17.oa.ecf@usdoj.gov Jul 17 2013 02:04:02
              Office of the U.S. Trustee/Oak,   Office of the U.S. Trustee,   1301 Clay St. #690N,
              Oakland, CA 94612-5231
13329010     +EDI: MID8.COM Jul 17 2013 01:43:00     Beneficial,   C/o Midland Funding,
              8875 Aero Drive, Suite 200,   San Diego, CA 92123-2255
13329011     +EDI: CAPITALONE.COM Jul 17 2013 01:43:00     Capital One,   PO Box 30281,
              Salt Lake City, UT 84130-0281
13329012     +EDI: CAPITALONE.COM Jul 17 2013 01:43:00     Capital One Bank,   PO Box 30281,
              Salt Lake City, UT 84130-0281
13329015     +EDI: CHASE.COM Jul 17 2013 01:43:00     Chase Bank,   PO Box 15298,   Wilmington, DE 19850-5298
13329017     +EDI: CALTAX.COM Jul 17 2013 01:43:00     Franchise Tax Board,   Special Procedures,
              P.O. Box 2952,   Sacramento, CA 95812-2952
13329018     +EDI: PRA.COM Jul 17 2013 01:43:00     GE Money Bank,   C/o Portfolio Recovery Associates,
              120 Corporate Blvd., Suite 100,   Norfolk, VA 23502-4962
13329019     +EDI: RMSC.COM Jul 17 2013 01:43:00     GECRB/Sam's Club,   PO Box 965005,
              Orlando, FL 32896-5005
13329022     +EDI: HFC.COM Jul 17 2013 01:43:00     HSBC Bank / Orchard Bank,   PO Box 5253,
              Carol Stream, IL 60197-5253
13329020     +EDI: CITICORP.COM Jul 17 2013 01:43:00     Home Depot,   PO Box 6497,
              Sioux Falls, SD 57117-6497
13329025      EDI: IRS.COM Jul 17 2013 01:43:00     Internal Revenue Service,   Insolvency Section,
              1301 Clay St., #1400S,   Oakland, CA 94612
13329024      EDI: IRS.COM Jul 17 2013 01:43:00     Internal Revenue Service,   P.O. Box 21126,
              Philadelphia, PA 19114
13329023      EDI: IRS.COM Jul 17 2013 01:43:00     Internal Revenue Service,   Service Center,
              Fresno, CA 93888
13329026      EDI: IRS.COM Jul 17 2013 01:43:00     Internal Revenue Service,   PO Box 7346,
              Philadelphia, PA 19101-7346
13329027     +EDI: RMSC.COM Jul 17 2013 01:43:00     JC Pennys,   PO Box 965007,   Orlando, FL 32896-5007
13329029     +EDI: CBSKOHLS.COM Jul 17 2013 01:43:00     Kohl's,   PO Box 3115,   Milwaukee, WI 53201-3115
13329031     +E-mail/Text: cms-bk@cms-collect.com Jul 17 2013 02:02:53     Macy's,   C/o Capital Mang. Service,
              726 Exchange Street, Suite 700,   Buffalo, NY 14210-1464
13329030     +EDI: TSYS2.COM Jul 17 2013 01:43:00     Macy's,   PO Box 8218,   Mason, OH 45040-8218
13329032     +EDI: WFNNB.COM Jul 17 2013 01:43:00     New York & Co,   PO Box 182789,   Columbus, OH 43218-2789
13329036     +EDI: ACCE.COM Jul 17 2013 01:43:00     Wells Fargo Financial Cards,   C/o Asset Acceptance, LLC,
              PO Box 2036,   Warren, MI 48090-2036
                                                                                      TOTAL: 23

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                                 TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jul 18, 2013**                    **Signature:**

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 15, 2013 at the address(es) listed below:
              Martha G. Bronitsky    13trustee@oak13.com
              Office of the U.S. Trustee/Oak   USTPRegion17.OA.ECF@usdoj.gov,  ltroxas@hotmail.com
              Patrick L. Forte    on behalf of Debtor Cheryl Lynn Novo pat@patforte.com
                                                                                TOTAL: 3

# UNITED STATES BANKRUPTCY COURT
## Northern District of California (Oakland)

## Notice of Chapter 13 Bankruptcy Case, Meeting of Creditors, & Deadlines
A chapter 13 bankruptcy case concerning the debtor(s) listed below was filed on 7/12/13.

You may be a creditor of the debtor. **This notice lists important deadlines.** You may want to consult an attorney to protect your rights. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below. NOTE: The staff of the bankruptcy clerk's office cannot give legal advice.

### Creditors –– Do not file this notice in connection with any proof of claim you submit to the court.
### See Reverse Side For Important Explanations

| | |
|---|---|
| Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):<br>Cheryl Lynn Novo<br>1863 Elkwood Drive<br>Concord, CA 94519–1143 | |
| Case Number:<br>13–43967 | Social Security/Individual Taxpayer ID/Employer Tax ID/Other Nos.:<br>xxx–xx–5012 |
| Attorney for Debtor(s) (name and address):<br>Patrick L. Forte<br>Law Offices of Patrick L. Forte<br>1 Kaiser Plaza #480<br>Oakland, CA 94612–3610<br>Telephone number: (510) 465–3328 | Bankruptcy Trustee (name and address):<br>Martha G. Bronitsky<br>P.O. Box 9077<br>Pleasanton, CA 94566<br>Telephone number: (925) 621–1900 |

## Meeting of Creditors
Date: **August 22, 2013**          Time: **02:00 PM**
Location: **Office of the U.S. Trustee, 1301 Clay St. Room 680N, Oakland, CA 94612**

**Important Notice to Individual Debtors:** The United States Trustee requires all debtors who are individuals to provide government–issued photo identification and proof of social security number to the trustee at the meeting of creditors.

## Deadlines:
Papers must be *received* by the bankruptcy clerk's office by the following deadlines:

### Deadline to File a Proof of Claim:
For all creditors (except a governmental unit): **11/20/13**          For a governmental unit (except as otherwise provided in Fed. R. Bankr. P. 3002 (c)(1)): **1/8/14**
### Creditor with a Foreign Address:
A creditor to whom this notice is sent at a foreign address should read the information under "Claims" on the reverse side.

### Deadline to Object to Debtor's Discharge or to Challenge Dischargeability of Certain Debts: 10/21/13

The case is subject to dismissal, without further notice, upon failure of the debtor to commence making payments **called for in the plan,** not later than 30 days after the date of the filing of the plan or the order for relief, whichever is earlier. At the confirmation hearing the court may dismiss or convert the case or continue the hearing without prior notice upon a determination the debtor(s) is unable to present a feasible plan. Written objections to confirmation must be filed with the court at or before the Meeting of Creditors and served upon the trustee, Debtor(s), and Debtors' Attorney.

### Deadline to Object to Exemptions:
Thirty (30) days after the *conclusion* of the meeting of creditors.

### Filing of Plan, Hearing on Confirmation of Plan
If the debtor has already filed a proper Chapter 13 Plan, the Plan or a summary of the Plan is enclosed. If the debtor has not yet filed a proper Chapter 13 Plan, the Plan or summary will be sent separately. Notice of confirmation hearing will be sent separately.

## Creditors May Not Take Certain Actions:
In most instances, the filing of the bankruptcy case automatically stays certain collection and other actions against the debtor, the debtor's property, and certain codebtors. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor can request the court to extend or impose a stay. If you attempt to collect a debt or take other action in violation of the Bankruptcy Code, you may be penalized. Consult a lawyer to determine your rights in this case.

| | |
|---|---|
| **Address of the Bankruptcy Clerk's Office:**<br>1300 Clay Street #300 (94612)<br>Post Office Box 2070<br>Oakland, CA 94604–2070<br>Telephone number: 510–879–3600 | **For the Court:**<br>Clerk of the Bankruptcy Court:<br>Gloria L. Franklin |
| Hours Open: Monday – Friday 9:00 AM – 4:30 PM | Date: 7/16/13 |

| Filing of Chapter 13 Bankruptcy Case | A bankruptcy case under Chapter 13 of the Bankruptcy Code (title 11, United States Code) has been filed in this court by the debtor(s) listed on the front side, and an order for relief has been entered. Chapter 13 allows an individual with regular income and debts below a specified amount to adjust debts pursuant to a plan. A plan is not effective unless confirmed by the bankruptcy court. You may object to confirmation of the plan and appear at the confirmation hearing. A copy or summary of the plan, if not enclosed, will be sent to you later, and if the confirmation hearing is not indicated on the front of this notice, you will be sent notice of the confirmation hearing. The debtor will remain in possession of the debtor's property and may continue to operate the debtor's business, if any, unless the court orders otherwise. |
|---|---|
| **Legal Advice** | The staff of the bankruptcy clerk's office cannot give legal advice. Consult a lawyer to determine your rights in this case. |
| Creditors Generally May Not Take Certain Actions | Prohibited collection actions against the debtor and certain codebtors are listed in Bankruptcy Code § 362 and § 1301. Common examples of prohibited actions include contacting the debtor by telephone, mail or otherwise to demand repayment; taking actions to collect money or obtain property from the debtor; repossessing the debtor's property; starting or continuing lawsuits or foreclosures; and garnishing or deducting from the debtor's wages. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor can request the court to extend or impose a stay. |
| Meeting of Creditors | A meeting of creditors is scheduled for the date, time, and location listed on the front side. *The debtor (both spouses in a joint case) must be present at the meeting to be questioned under oath by the trustee and by creditors.* Creditors are welcome to attend, but are not required to do so. The meeting may be continued and concluded at a later date specified in a notice filed with the court. |
| Claims | A Proof of Claim is a signed statement describing a creditor's claim. A Proof of Claim form ("Official Form B 10") can be obtained at the United States Courts website: (http://www.uscourts.gov/FormsAndFees/Forms/BankruptcyForms.aspx) or at any bankruptcy clerk's office. A secured creditor retains rights in its collateral regardless of whether that creditor files a Proof of Claim. If you do not file a Proof of Claim by the "Deadline to file a Proof of Claim" listed on the front side, you might not be paid any money on your claim from other assets in the bankruptcy case. To be paid you must file a Proof of Claim even if your claim is listed in the schedules filed by the debtor. Filing a Proof of Claim submits the creditor to the jurisdiction of the bankruptcy court, with consequences a lawyer can explain. For example, a secured creditor who files a Proof of Claim may surrender important nonmonetary rights, including the right to a jury trial. **Creditor with a Foreign Address:** The deadlines for filing claims set forth on the front of this notice apply to all creditors. If this notice has been mailed to a creditor at a foreign address, the creditor may file a motion requesting the court to extend the deadline. *Do not include this notice with any filing you make with the court.* |
| Discharge of Debts | The debtor is seeking a discharge of most debts, which may include your debt. A discharge means that you may never try to collect the debt from the debtor. If you believe that a debt owed to you is not dischargeable under Bankruptcy Code § 523 (a)(2) or (4), you must file a complaint — or a motion if you assert the discharge should be denied under §727(a)(8) or (a)(9) — in the bankruptcy clerk's office by the "Deadline to Object to Debtor's Discharge or to Challenge the Dischargeability of Certain Debts" listed on the front of this form. The bankruptcy clerk's office must receive the complaint and any required filing fee by that deadline. |
| Exempt Property | The debtor is permitted by law to keep certain property as exempt. Exempt property will not be sold and distributed to creditors, even if the debtor's case is converted to chapter 7. The debtor must file a list of all property claimed as exempt. You may inspect that list at the bankruptcy clerk's office. If you believe that an exemption claimed by the debtor is not authorized by law, you may file an objection to that exemption. The bankruptcy clerk's office must receive the objection by the "Deadline to Object to Exemptions" listed on the front side. |
| Bankruptcy Clerk's Office | Any paper that you file in this bankruptcy case should be filed at the bankruptcy clerk's office at the address listed on the front side. You may inspect all papers filed, including the list of the debtor's property and debts and the list of property claimed as exempt, at the bankruptcy clerk's office. |
| Creditor with a Foreign Address | Consult a lawyer familiar with United States bankruptcy law if you have any questions regarding your rights in this case. |

## –– Refer to Other Side for Important Deadlines and Notices ––