```
                         United States Bankruptcy Court
                         Northern District of California
```

In re:                                                         Case No. 13-43967-MEH
Cheryl Lynn Novo                                               Chapter 13
        Debtor                    **CERTIFICATE OF NOTICE**

```
District/off: 0971-4         User: twashingt           Page 1 of 2           Date Rcvd: Jul 26, 2013
                             Form ID: pdfeoc           Total Noticed: 1
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 28, 2013.
db           Cheryl Lynn Novo,    1863 Elkwood Drive,    Concord, CA  94519-1143

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

           ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jul 28, 2013**                        Signature:  *Joseph Speetjens*

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 26, 2013 at the address(es) listed below:
    Martha G. Bronitsky  13trustee@oak13.com
    Office of the U.S. Trustee/Oak  USTPRegion17.OA.ECF@usdoj.gov, ltroxas@hotmail.com
    Patrick L. Forte  on behalf of Debtor Cheryl Lynn Novo pat@patforte.com
                                       TOTAL: 3

**The following constitutes
the order of the court. Signed July 26, 2013**

_____
M. Elaine Hammond
U.S. Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

In Re: CHERYL LYNN NOVO          Case No.: 13-43967 MEH

Debtor(s)/                                Chapter: 13

ORDER AND NOTICE RE: FAILURE TO PAY AMENDMENT FILING FEES

According to the court's records, the debtor(s) in this case has failed to pay the appropriate amendment filing fee in accordance with 28 U.S.C. §1930. Pursuant to the Appendix to 28 U.S.C. §1930 – Bankruptcy Court Miscellaneous Fee Schedule, you are hereby notified that this case will be dismissed within 14 days of the date of this order without further notice or hearing, unless within that fourteen (14) day period:

(1) The debtor(s) pay in full the appropriate $30 filing fee; or

(2) The debtor(s) or a party-in-interest files a written objection to this order and requests a hearing.

**END OF ORDER**

COURT SERVICE LIST

1. Debtor(s)

2. Debtor(s) Attorney

3. Panel Trustee

4. US Trustee's Office