PATRICK L. FORTE, #80050
ANNE Y. SHIAU, #273709
LAW OFFICES OF PATRICK L. FORTE
One Kaiser Plaza, #480
Oakland, CA 94612
Telephone: (510) 465-3328
Facsimile: (510) 763-8354

Attorney for Debtor

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

**In re:**                                    **Case No. 13-43967 MEH**

**CHERYL LYNN NOVO,**                         **Chapter 13**

**NOTICE OF CHAPTER 13 PLAN AND**
                       **Debtor.**            **DEADLINE TO FILE OBJECTION**
_____/

    **NOTICE IS HEREBY GIVEN** that Cheryl Lynn Novo, debtor herein,

filed her Chapter 13 Plan on July 25, 2013. A copy of the Plan is

attached hereto. Any objections to the Plan must be filed with the

Court and received by the undersigned at One Kaiser Plaza, Suite 480,

Oakland, California 94612 on or before August 28, 2013. Failure to

object may result in the confirmation of the Plan.

Dated: July 31, 2013

                                   /s/ Anne Y. Shiau
                                     ANNE Y. SHIAU
                                     Attorney for Debtor

Case: 13-43967   Doc# 17   Filed: 07/31/13   Entered: 07/31/13 15:02:34   Page 1 of 1