```
PATRICK L. FORTE #80050
ANNE Y. SHIAU, #273709
LAW OFFICES OF PATRICK L. FORTE
One Kaiser Plaza, #480
Oakland, CA 94612
Telephone: (510) 465-3328
Facsimile: (510) 763-8354

Attorneys for Debtor
```

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **In re:** | **Case No. 13-43967 MEH** |
| **CHERYL LYNN NOVO,** | **Chapter 13** |
| Debtor. _____/ | **CERTIFICATE OF SERVICE** |

My place of business is in the County of Alameda; I am over the age of 18 years and not a party to the within action; my business address is One Kaiser Plaza, Suite 480, Oakland, CA 94612.

On July 31, 2013, I served the within;

**Notice of Chapter 13 Plan & Deadline to File Objection; Chapter 13 Plan**

on the below-named electronically through the court's CM/ECF program:

**Martha Bronitsky, Trustee          U. S. Trustee**

and on the below names in this action by placing a true copy thereof in a sealed envelope with postage thereon fully paid in the United States Mail at Oakland, CA addressed as follows:

**See attached list**

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Dated: July 31, 2013          /s/ Joe P. Segura
                              JOE P. SEGURA

Certificate of Service                                              Page 1 of 4

| | |
|---|---|
| 1 | PNC BANK<br>PO BOX 94982 |
| 2 | CLEVELAND, OH 44101 |
| 3 | Department of the Treasury<br>Internal Revenue Service |
| 4 | P.O. Box 7346<br>Philadelphia, PA 19101-7346 |
| 5 | |
| 6 | American InfoSource LP as agent for<br>Midland Funding LLC<br>PO Box 268941 |
| 7 | Oklahoma City, OK 73126-8941 |
| 8 | Ally Financial<br>PO Box 130424 |
| 9 | Roseville, MN 55113-0004 |
| 10 | The Commercial Agency<br>c/o Tierney Watson & Healy |
| 11 | 575 Market St., #3050<br>San Francisco CA 94105 |
| 12 | |
| 13 | Asset Acceptance LLC<br>assignee Wells Fargo Bank<br>PO Box 2036 |
| 14 | Warren, MI 48090 |
| 15 | Beneficial<br>C/o Midland Funding |
| 16 | 8875 Aero Drive, Suite 200<br>San Diego, CA 92123 |
| 17 | |
| 18 | Capital One<br>PO Box 30281<br>Salt Lake City, UT 84130 |
| 19 | |
| 20 | Capital One Bank<br>PO Box 30281<br>Salt Lake City, UT 84130 |
| 21 | |
| 22 | Capital One Bank<br>C/o Bleier & Cox, LLP<br>16130 Ventura Blvd. |
| 23 | Encino, CA 91436 |
| 24 | Carola Kekow Keaton<br>PO Box 2975 |
| 25 | Danville, CA 94526 |
| 26 | Chase Bank<br>PO Box 15298<br>Wilmington, DE 19850 |

Certificate of Service                                                    Page 2 of 4

Chase Bank
C/o Baker, Sanders, Barshay, Grossman,
Fass Muhlstock & Neuwirth
4300 Redwood HWY, Suite #100
San Rafael, CA 94903

Franchise Tax Board
Special Procedures
P.O. Box 2952
Sacramento, CA 95812

GE Money Bank
C/o Portfolio Recovery Associates
120 Corporate Blvd., Suite 100
Norfolk, VA 23502

GECRB/Sam's Club
PO Box 965005
Orlando, FL 32896

Home Depot
PO Box 6497
Sioux Falls, SD 57117

Home Depot
C/o Hunt & Henriques
151 Bernal Road, Suite 8
San Jose, CA 95119

HSBC Bank / Orchard Bank
PO Box 5253
Carol Stream, IL 60197

Internal Revenue Service
Insolvency Section
1301 Clay St., #1400S
Oakland, CA 94612

JC Pennys
PO Box 965007
Orlando, FL 32896

John Muir Medical
C/o NCO Financial
21250 Hawthorne Blvd., Suite 400
Torrance, CA 90503

Kohl's
PO Box 3115
Milwaukee, WI 53201

```
 1  Macy's
    PO Box 8218
 2  Mason, OH 45040

 3  Macy's
    C/o Capital Mang. Service
 4  726 Exchange Street, Suite 700
    Buffalo, NY 14210
 5
    New York & Co
 6  PO Box 182789
    Columbus, OH 43218
 7
    PNC Bank
 8  PO Box 3180
    Pittsburgh, PA 15230
 9
    Thunderbolt Holdings LTD., LLC
10  C/o Baker, Sanders, Barshay, Grossman,
    Fass, Muhlstock & Neuwirth, LLC
11  4300 Redwood Hwy. Suite 100
    San Rafael, CA 94903
12
    Wells Fargo Bank, N.A.
13  PO Box 60505
    City of Industry, CA 91716-0505
14
    Wells Fargo Financial Cards
15  PO Box 14517
    Des Moines, IA 50306
16
    Wells Fargo Financial Cards
17  C/o Asset Acceptance, LLC
    PO Box 2036
18  Warren, MI 48090

19

20

21

22

23

24

25

26
```

Certificate of Service                                           Page 4 of 4