Mark D. Estle, SBN 135004
Buckley Madole, P.C.
12526 High Bluff Drive, Suite 238
San Diego, CA 92130
Telephone: 858-720-0890
Fax: 858-720-0092
Mark.Estle@BuckleyMadole.com

Attorney for Secured Creditor

# UNITED STATES BANKRUPTCY COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION

| | |
|---|---|
| In re | Case No. 13-43967-MEH |
| Cheryl Lynn Novo | Chapter 13 |
| Debtor, | **OBJECTION TO CONFIRMATION OF CHAPTER 13 PLAN** |

**TO THE HONORABLE M. ELAINE HAMMOND, UNITED STATES BANKRUPTCY COURT JUDGE, THE DEBTOR, THE DEBTOR'S COUNSEL, THE TRUSTEE, AND OTHER INTERESTED PARTIES:**

Wells Fargo Bank, N.A. ("Secured Creditor") hereby objects to the confirmation of the Debtor's Chapter 13 Plan in the above-captioned matter. Secured Creditor is a party in interest as the holder of a secured claim and therefore has standing to object to the Debtor's Chapter 13 Plan. Secured Creditor objects to the Debtor's Chapter 13 Plan on the following grounds:

1. **Secured Creditor's claim relating to the Property:** Secured Creditor shall file its Proof of Claim including arrearage in the approximate amount of $4,669.61. Secured Creditor's claim is secured by the real property commonly known as 1863 Elkwood Dr, Concord, California 94519 (the "Property").

2. **Pursuant to 11 U.S.C. §1322(b)(5), the plan fails to provide for the curing of the default on Secured Creditor's claim.** Debtor has failed to provide for the arrears due to Secured Creditor. The arrearage on Secured Creditor's claim is in the approximate amount $4,669.61. Secured Creditor has satisfied its grounds for objection under 11 U.S.C. §1322(b)(5).

## CONCLUSION

Any Chapter 13 Plan proposed by Debtor must provide for Secured Creditor's claim and eliminate the Objections specified above in order to be reasonable and to comply with applicable provisions of the Bankruptcy Code. It is respectfully requested that confirmation of the Debtor's proposed Chapter 13 Plan be denied and the case be dismissed.

**WHEREFORE**, Secured Creditor respectfully requests that:

1. Confirmation of Debtor's Chapter 13 Plan be denied and the case be dismissed; or, in the alternative,

2. Debtor's Plan be amended in accordance with this Objection.

3. For other such relief as the Court deems just and proper.

Dated: September 5, 2013                          Respectfully Submitted,

                                                  Buckley Madole, P.C.
                                            By:   */s/ Mark D. Estle*
                                                  MARK D. ESTLE
                                                  Attorney for Secured Creditor