```
PATRICK L. FORTE, #80050
ANNE Y. SHIAU, #273709
LAW OFFICES OF PATRICK L. FORTE
One Kaiser Plaza, #480
Oakland, CA 94612
Telephone: (510) 465-3328
Facsimile: (510) 763-8354

Attorneys for Debtor
```

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **In re:** | **Case No. 13-43967 MEH** |
| **CHERYL LYNN NOVO,** | **Chapter 13** |
| Debtor. _____/ | **SUPPLEMENTAL CERTIFICATE OF SERVICE** |

My place of business is in the County of Alameda; I am over the age of 18 years and not a party to the within action; my business address is One Kaiser Plaza, Suite 480, Oakland, CA 94612.

On September 6, 2013, I served the within;

**MOTION TO AVOID JUDICIAL LIEN IMPAIRING EXEMPTION; NOTICE TO CREDITOR OF MOTION TO AVOID JUDICIAL LIEN AND OF DEADLINE TO REQUEST A HEARING; DECLARATION OF DEBTOR IN SUPPORT OF MOTION TO AVOID JUDICIAL LIEN**

on the below-named electronically through the court's CM/ECF program:

**Martha G. Bronitsky, Trustee**         **U. S. Trustee**

and on the below names in this action by placing a true copy thereof in a sealed envelope with certified postage thereon fully paid in the United States Mail at Oakland, CA addressed as follows:

Attn: Officer or Managing Agent
Thunderbolt Holding LTD, LLC
130 Shore Road, Suite 226
Port Washington, NY 11050
///

///

```
Attn: Michael Reich
Thunderbolt Holding LTD, LLC
2995 Woodside Road
Woodside, CA 94062

and on the below names in this action by placing a true copy thereof
in a sealed envelope with first class postage thereon fully paid in
the United States Mail at Oakland, CA addressed as follows:

Attn: Officer or Managing Agent
Thunderbolt Holdings, LTD., LLC
C/o Baker Sanders, LLC
11835 West Olympic Blvd., Suite 1090, East Tower
Los Angeles, CA  90064

Attn: Officer or Managing Agent
Thunderbolt Holdings, LTD, LLC
C/o Baker, Sanders, Barshay, Grossman,
Fass,Muhlstock & Neuwirth, LLC
4300 Redwood Hwy, Suite 100
San Rafael, CA 94903

Attn: Officer or Managing Agent
Thunderbolt Holding LTD, LLC
C/o Baker Sanders, LLC
100 Garden City Plaza
Suite 500 (5th Floor)
Garden City, NY 11530

Attn: Officer or Managing Agent
Thunderbolt Holding LTD, LLC
C/o Baker Sanders, LLC
Grand Rapids Executive Center
2525 E. Paris S.E., Suite 100
Grand Rapids, MI 49546

  I declare under penalty of perjury under the laws of the State of
California that the foregoing is true and correct.


Dated: September 6, 2013        /s/ Joe P. Segura
                                JOE P. SEGURA
```